```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                          CASE NO. 05 B 33243
   OSSIE DELL HOLLIVAY
   BETTY JEAN HOLLIVAY                          CHAPTER 13

                                                JUDGE: SUSAN PIERSON SONDERBY
         Debtor
  SSN XXX-XX-4437     SSN XXX-XX-2980

--------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 08/22/2005 and was confirmed 10/06/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  30.00%.

     The case was dismissed after confirmation 11/08/2007.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
--------------------------------------------------------------------------
NATIONWIDE ACCEPTANCE CO  SECURED            3723.56        402.98        2042.56
OPTION ONE MORTGAGE       CURRENT MORTG      8234.00           .00        8234.00
OPTION ONE MORTGAGE       MORTGAGE ARRE     15660.57           .00        9218.87
OPTION ONE MORTGAGE       NOTICE ONLY      NOT FILED          .00             .00
AMERICAN RECOVERY SYSTEM  UNSECURED            95.56           .00             .00
AT&T BROADBAND            UNSECURED        NOT FILED          .00             .00
CREDIT PROTECTION ASSOC   NOTICE ONLY      NOT FILED          .00             .00
CB USA INC                UNSECURED          1181.11           .00             .00
RICHARD KOMYATTE & ASSOC  UNSECURED          1327.91           .00             .00
NCO FINANCIAL SYSTEMS     UNSECURED        NOT FILED          .00             .00
NICOR GAS                 UNSECURED        NOT FILED          .00             .00
ST JAMES HOSPITAL C U     UNSECURED        NOT FILED          .00             .00
ST JAMES HOSPITAL         NOTICE ONLY      NOT FILED          .00             .00
US CELLULAR               UNSECURED        NOT FILED          .00             .00
ST JAMES                  NOTICE ONLY      NOT FILED          .00             .00
LEDFORD & WU              DEBTOR ATTY        2,700.00                     2,700.00
TOM VAUGHN                TRUSTEE                                         1,308.55
DEBTOR REFUND             REFUND                                              .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                 23,906.96

PRIORITY                                            .00
SECURED                                       19,495.43
    INTEREST                                     402.98
UNSECURED                                           .00
ADMINISTRATIVE                                 2,700.00
TRUSTEE COMPENSATION                           1,308.55
DEBTOR REFUND                                       .00

               PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 05 B 33243 OSSIE DELL HOLLIVAY & BETTY JEAN HOLLIVAY
```

```
                              ---------------    ---------------
TOTALS                              23,906.96          23,906.96
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                              /s/ Tom Vaughn
Dated: 02/27/08               _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```